# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

      Plaintiff,

v.

JOHN W. LACUE, III

      Defendant.

Case No. 3:09cr181(2)

District Judge Walter H. Rice

---

## ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT

---

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon the Court's *Sua Sponte* Order for Appointment of Counsel, the Court appointed a member of the Criminal Justice Act Panel.

IT IS ACCORDINGLY ORDERED that Vincent Popp, of the CJA Panel for the Southern District of Ohio, is appointed as counsel to represent the Defendant in this case.

May 7, 2019

Walter H. Rice
United States District Judge