IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN WESLEY LACUE, III,

    Defendant.

Case No. 3:09cr181(2)

JUDGE WALTER H. RICE

---

### DECISION AND ENTRY TERMINATING DEFENDANT'S SUPERVISED RELEASE; TERMINATION ENTRY

---

Pursuant to the record made, during a video conference held on Wednesday, July 6, 2022, the Defendant's Supervised Release is TERMINATED, as of the close of business on the aforesaid July 6, 2022.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

July 8, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Shawn Donoho, USPO
US Marshal